IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHARON BONILLA and DAVID BONILLA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-16-CA-1005-FB |
| | § | |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS and CODY MCCRAVEY, | § | |
| | § | |
| Defendants. | § | |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above styled and numbered cause.

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed January 9, 2017 (docket #7), and the Order of Dismissal with Prejudice of even date herewith;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all causes of action alleged in this action by and between the parties are DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(a)(1)(ii) with costs adjudged against the party or parties incurring same. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 11th day of January, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE